<span style="color:red">FILE COPY</span>



# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2022

No. 04-22-00651-CV

**IN THE INTEREST OF E.L.S.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-02002
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant Dad's brief was due on November 7, 2022. *See* TEX. R. APP. P. 38.6(a). On the due date, Dad moved for a seven-day extension of time to file his brief.

Appellant Dad's motion is granted. His brief is due on November 14, 2022.

It is so **ORDERED** on November 8, 2022.

**PER CURIAM**

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT